IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Tammy M. Scott<br><br>    Debtor(s)<br>_____<br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>    Movant,<br><br>    Vs.<br>Tammy M. Scott<br><br>    Respondent(s) | Case No.: 11-20938JAD<br>Chapter 13<br><br>DOC #90 |

## ORDER OF COURT

AND NOW, this 14th day of July, 2016, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before September 30, 2016.

BY THE COURT:

FILED
7/14/16 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

U.S. Bankruptcy Judge
**Jeffery A. Deller**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tammy M Scott  
    Debtor

Case No. 11-20938-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Jul 14, 2016  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2016.  
db         +Tammy M Scott,    109 Gary Drive,    Sewickley, PA 15143-9549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2016 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    Bank of America, N.A. agornall@goldbecklaw.com,  
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Danielle Boyle-Ebersole    on behalf of Creditor    Wilmington Savings Fund Society et al c/o Rushmore Loan Management Services debersole@hoflawgroup.com,   bbleming@hoflawgroup.com  
        Derek K. Koget    on behalf of Creditor    Borough of Emsworth dkoget@tuckerlaw.com,  
         cnoroski@grblaw.com  
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Emsworth jhunt@grblaw.com,  
         cnoroski@grblaw.com  
        Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com  
        Jeffrey R. Hunt    on behalf of Creditor    Avonworth School District jhunt@grblaw.com,  
         cnoroski@grblaw.com  
        Michael C. Eisen    on behalf of Debtor Tammy M Scott attorneyeisen@yahoo.com,    aarin96@hotmail.com  
        Michael C. Mazack    on behalf of Creditor    Borough of Emsworth mmazack@tuckerlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        William E. Miller    on behalf of Creditor    Wells Fargo Bank National Association  
         wmiller@sterneisenberg.com,    nmiller@sterneisenberg.com  
                                                                                    TOTAL: 12