**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
   TAMMY M SCOTT

         Debtor(s)

   Ronda J. Winnecour
        Movant
       vs.
   No Repondents.

Case No.:11-20938 JAD

Chapter 13

Document No.:81

## ORDER OF COURT

AND NOW, this ___2nd___ day of ___August___, 20_16_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

   FILED
   8/2/16 3:25 pm
   CLERK
   U.S. BANKRUPTCY
   COURT - WDPA

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-20938-JAD
Tammy M Scott                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: aala              Page 1 of 2              Date Rcvd: Aug 02, 2016
                             Form ID: pdf900        Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2016.
```
db          +Tammy M Scott,    109 Gary Drive,    Sewickley, PA 15143-9549
cr          +Borough of Emsworth,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, P.C.,
              1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr          +Wells Fargo Bank National Association,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
              Warrington, PA 18976-3400
12978418    +Alexandria Vaneck Co., LPA,    5660 Southwyck Blvd, #110,    Toledo, OH 43614-1597
12978419    +Avonworth School District,    c/o Andrews & Price,    1500 Ardmore Blvd, Ste 506,
              Pittsburgh, PA 15221-4468
13048260    +Avonworth School District,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
              Pittsburgh PA 15219-6101
13110890    +BAC Home Loan Servicing LP,    Bankruptcy Department,    400 National Way, Mail Stop CA6-919-01-2,
              Simi Valley, California 93065-6414
13113310    +BAC Home Loans Servicing, LP,    400 National Way,    Mail Stop: CA6-919-01-23,
              Simi Valley, CA 93065-6414
14253270    +BCAT2014-9TT,    Wilmington Savings Fund Society, FSB,    c/o Shellpoint Mortgage Servicing,
              PO Box 10826,    Greenville, SC 29603-0826
13657113     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12978421    +Beneficial,    c/o eCast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480
12978422    +Borough of Emsworth,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
              Pittsburgh PA 15219-6101
12978425   ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of Ohio, Inc.,     200 Civic Center Drive, 11th Floor,
              Columbus, OH 43215)
12978423    +Centax Tax Bureau of PA, Inc.,    Enforcement Division #01,    403 South Third Street,
              2nd Floor, Ste B,    Youngwood, PA 15697-5101
12978424    +Citibank,    PO Box 790130,    Saint Louis, MO 63179-0130
12978426    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
              Pittsburgh PA 15219-6101
12978427     County of Allegheny,    c/o John J. Marciano, III Esq.,    437 Grant Street,    1424 Frick Bldg,
              Pittsburgh, PA 15219
13106145     Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Suite 2200, Gulf Tower,
              Pittsburgh, PA  15219
12978429    +Equity One,    5301 Grove Road, Ste 623,    Pittsburgh, PA 15236-1693
12978430    +GMAC Mortgage Corporation,    Bankruptcy Dept,    500 Enterprise Road, Ste 150,
              Horsham, PA 19044-3503
12978431    +Heather Snavely,    109 Gary Drive,    Sewickley, PA 15143-9549
12978432    +Heritage Valley Health System,    720 Blackburn Road,    Sewickley, PA 15143-1459
12978433    +Jay B. Jones, Esq.,    Phelan, Hallinan & Schmieg, LLP,    1617 JFK Blvd, Ste 1400,
              Philadelphia, PA 19103-1814
12978434     John J. Marciano, III, Esq.,    437 Grant Street,,    1424 Frick Building,    Pittsburgh, PA 15219
12978435     John K. Weinstein,    County Treasurer,    Room 108, Court House,    Pittsburgh, PA 15219
12978436     John Weinstein, County Treasurer,    Room 108, Court House,    Pittsburgh, PA 15219
12978437    +Keypoint Emergency Phsyician,    201 Route 17 North, 5th Floor,    Rutherford, NJ 07070-2597
12978440   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: NCO Financial,     PO Box 8547,    Philadelphia, PA 19101)
12978441    +Peter J. Ashcroft, Esq.,    Bernstein Law Firm,    Ste 2200, Gulf Tower,    707 Grant Street,
              Pittsburgh, PA 15219-1900
12978443    +UPMC Passavant,    PO Box 382059,    Pittsburgh, PA 15250-0001
13976411    +Wilmington Savings Fund Society et al,    c/o Rushmore Loan Management Services,
              P.O. Box 52708,    Irvine, CA 92619-2708
12987567     eCAST Settlement Corporation, assignee,    of HSBC CONSUMER LENDING (USA) INC.,    POB 35480,
              Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 03 2016 02:11:25     B-Line, LLC,
              P.O. Box 91121,    Mail Stop 550,    Seattle, WA 98111-9221
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2016 02:10:39
              PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13097611      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 03 2016 02:10:42     B-Line, LLC,
              P.O. Box 91121,    Dept. 550,    Seattle, WA 98111-9221
12978428      E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 03 2016 02:19:21     Duquesne Light,
              Customer Care Department,    411 Seventh Ave, MD 6-1,    Pittsburgh, PA 15230
13258272     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 03 2016 02:10:04
              East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
              Greenville, SC 29602-0288
12978438     +E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2016 02:10:36     Lowe's/GEMB,    PO Box 981064,
              El Paso, TX 79998-1064
12978439     +E-mail/Text: bknotice@ncmllc.com Aug 03 2016 02:18:57     Natioanl Capital Management LLC,
              8245 Tournament Drive, Ste 230,    Memphis, TN 38125-1741
13644209      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 03 2016 02:09:59
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
12979102      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 03 2016 02:11:25
              Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
```

```
District/off: 0315-2          User: aala              Page 2 of 2          Date Rcvd: Aug 02, 2016
                              Form ID: pdf900         Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12978442        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 03 2016 02:10:42
                  Target National Bank,   c/o Roundup Funding, LLC,   MS 550,   PO Box 91121,
                  Seattle, WA 98111-9221
12978444        +E-mail/Text: bankruptcydepartment@tsico.com Aug 03 2016 02:19:16      UPMC Physician Services,
                  c/o NCO Financial Systems, Inc.,   30600 Telegraph Road, Ste 4235,   Franklin, MI 48025-5815
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Avonworth School District
cr              Bank of America, N.A.
cr              Borough of Emsworth
cr              Duquesne Light Company
cr              Shellpoint Mortgage Servicing
cr              Wilmington Savings Fund Society et al c/o Rushmore
cr*            +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                  GREENVILLE, SC 29602-0288
12978420       ##+Bank of America,   475 CrossPoint Parkway,   Getzville, NY 14068-1609
                                                                                     TOTALS: 7, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2016 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor   Bank of America, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    Wilmington Savings Fund Society et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              Derek K. Koget    on behalf of Creditor    Borough of Emsworth dkoget@tuckerlaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Avonworth School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Emsworth jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Michael C. Eisen    on behalf of Debtor Tammy M Scott attorneyeisen@yahoo.com,   aarin96@hotmail.com
              Michael C. Mazack    on behalf of Creditor    Borough of Emsworth mmazack@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    Wells Fargo Bank National Association
               wmiller@sterneisenberg.com,   nmiller@sterneisenberg.com
                                                                                             TOTAL: 12
```